IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| AARON'S, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. |
| ) | 1:19-cv-03652-ELR |
| MKW INVESTMENTS, INC., MKW II ) | |
| INVESTMENTS, LLC, KEVIN ) | |
| WELKER, and SUSAN WELKER, ) | |
| ) | |
| Defendants. ) | |

**PLAINTIFF AARON'S, INC.'S CERTIFICATE OF INTERESTED
PERSONS AND CORPORATE DISCLOSURE STATEMENT**

In accordance with Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.3 of the Local Rules, Aaron's, Inc. ("Aaron's") makes the following disclosures:

**1.     The undersigned counsel of record for a party to this action certifies that the following is a full and complete list of all parties in this action, including any parent corporation and any publicly held corporation that owns 10% or more of the stock of a party:**

(a)     **Plaintiff:**

Plaintiff Aaron's, Inc. is a publicly-traded corporation.  Aaron's, Inc. has no parent corporation, and no publicly-traded corporation owns more than 10% of its stock.

**(b)  Defendants:**

Neither MKW Investments, Inc. nor MKW II Investments, LLC have parent corporations, and no publicly-traded corporation owns more than 10% of their stock.  Defendants Kevin Welker and Susan Welker are natural persons.

**2.  The undersigned further certifies that the following is a full and complete list of all other persons, associations, firms, partnerships, or corporations having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:**

Aaron's, Inc. is not aware of any other individuals or entities that have a financial interest in this lawsuit or that have another interest that could be substantially affected by the outcome of this case.

**3.  The undersigned further certifies that the following is a full and complete list of all persons serving as counsel for Aaron's, Inc. in this proceeding:**

>John P. Jett
>Burleigh L. Singleton
>Ava Conger
>Kilpatrick Townsend & Stockton LLP
>Suite 2800, 1100 Peachtree Street
>Atlanta, Georgia  30309
>Telephone (404) 815-6500
>Facsimile   (404) 815-6555

Respectfully submitted, this 16th day of August, 2019.

|  |  |
|---|---|
| KILPATRICK TOWNSEND<br>& STOCKTON LLP<br>Suite 2800<br>1100 Peachtree Street, NE<br>Atlanta, Georgia 30309<br>(404) 815-6500<br>(404) 815-6555 (facsimile)<br>jjett@kilpatricktownsend.com<br>bsingleton@kilpatricktownsend.com<br>aconger@kilpatricktownsend.com | /s/ Ava J. Conger<br>John P. Jett<br>Georgia Bar No. 827033<br>Burleigh L. Singleton<br>Georgia Bar No. 649084<br>Ava J. Conger<br>Georgia Bar No. 676247<br><br><br>Counsel for Plaintiff Aaron's, Inc. |